Carroll Proctor, Appellee, v. Long Transportation Company, Appellant.

Gen. No. 43,855.

opinion filed April 2, 1947; released for publication April 25, 1947. Hubbard, Baker & Rice, for appellant; Reese Hubbard, of counsel; William C. Napier, for appellee. Opinion by Justice Kiley. Not to be published in full.